UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Justin Owens, | 2:22-cv-01986-GMN-MDC |
|---|---|
| Plaintiff(s), | |
| vs. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| State of Nevada, *et al.*, | Date: September 20, 2024 |
| Defendant(s). | Time: 9:00 a.m. |

Due to a conflict in the Court's schedule, the Virtual Settlement Conference scheduled for September 10, 2024, at 9:00am is rescheduled for September 20, 2024, at 9:00am. All other aspects of the Court's Order (ECF No. 29) remain in effect.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The <u>virtual</u> settlement conference is rescheduled for **9:00AM on September 20, 2024.**

    a. Plaintiff, who is in custody at High Desert State Prison, will appear and participate in the settlement conference through video conferencing.

    b. Kyle Lee Hill of the Nevada Attorney General's Office, Counsel for defendants, along with defendants must be present by Zoom video conference.

2. The Attorney General's Office shall make the necessary arrangements for plaintiff to appear by video conference and shall email Court_MDC@nvd.uscourts.gov at least one week before the conference, and provide the email addresses of their respective participants, including one for plaintiff. The Court will then email all participants, other than plaintiff, a Zoom link.

3. The parties shall email the confidential settlement conference statements to Court_MDC@nvd.uscourts.gov no later than **4:00pm at least one week before the conference**. **DO NOT SERVE A COPY ON OPPOSING COUNSEL. DO NOT**

**DELIVER OR MAIL COPIES TO THE CLERK'S OFFICE. Plaintiff may deliver his confidential settlement statement via E-Mail or U.S. Mail. The Court's mailing address is Hon. Maximiliano D. Couvillier III, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.**

a. Any request for an extension of time to submit the confidential settlement statement must be made in the form of a motion or stipulation and <u>filed</u> on the docket by 4:00 p.m. at least one day before the deadline to submit the confidential settlement statement.

b. Any untimely requests for an extension of time to submit the confidential settlement statement must be supported by a declaration or affidavit of counsel showing both good cause and excusable neglect.

4. **Failure to abide by this Order, including without limitation, failure to timely submit the confidential settlement statement, may result in sanctions and/or a finding that the offending party did not participate in good faith. Sanctions may include, without limitation, paying costs and fees to the opposing party.**

IT IS SO ORDERED.

Dated this 30th day of July 2024.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge